UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: NEWMAN MYERS, KREINES, GROSS HARRIS, P.C.

---

D.A.L. REALTY MANAGEMENT CORP., ETAL

Plaintiff(s)

- against -

Index # 1:18-CV-05792-PKC-ST

Purchased October 18, 2018

BENT MECHANICAL CORP., ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF _Iowa_   : COUNTY OF  POLK       ss:

_Douglas S. Brower_ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT _2625 SE 1st Street West Des Moines, IA 50265_

That on October 30, 2018 at 10:20 AM at

1100 LOCUST STREET
DES MOINES, IA 50391

deponent served the within SUMMONS AND COMPLAINT on NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY therein named.

BY LEAVING A TRUE COPY WITH TONY FARRELL, GENERAL COUNSEL, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|--------------|-----------------|----------------|
| MALE | WHITE | BLACK | 50 | 5'10 | 175 |

Sworn to me on:   November 1, 2018

Notary:

Server:
Douglas S. Brower
Invoice #: 705502

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: NEWMAN MYERS, KREINES, GROSS HARRIS, P.C.

D.A.L. REALTY MANAGEMENT CORP., ETAL

Plaintiff(s)

- against -

Index # 1:18-CV-05792-PKC-ST

Purchased October 18, 2018

BENT MECHANICAL CORP., ETANO

Defendant(s)

Mail Date November 9, 2018

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 9, 2018 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT to NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY at

100 LOCUST STREET
DES MOINES, IA 50391

Copy was mailed REGULAR FIRST CLASS MAIL,  and was marked personal & confidential and not indicating on the outside hereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on:  November 9, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11,2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 705502

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045