UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
D.A.L. REALTY MANAGEMENT CORP., BAY
TOWERS COMPANY, BAY TOWERS LIMITED
PARTNERSHIP, PICKWAL BAY TOWERS WEST,
INC., US HOUSING MANAGEMENT INC., and
THE LIGHTSTONE GROUP, INC.,

                           Plaintiffs,                   Index No.: 18-cv-5792 PKC-ST

              - against -

BENT MECHANICAL CORP. and
NATIONWIDE PROPERTY &
CASUALTY INSURANCE COMPANY,

                           Defendants.
------------------------------------------------------------------x

### Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, D.A.L. Realty Management Corp., Bay Towers Company, Bay Towers Limited Partnership, Pickwal Bay Towers West, Inc., US Housing Management Inc., and The Lightstone Group, Inc., by their attorneys Newman Myers Kreines Gross Harris P.C., hereby give notice that the above-captioned matter is voluntarily dismissed without prejudice against Defendants, Bent Mechanical Corp. and Nationwide Property & Casualty Insurance Company.

Dated: January 31, 2019
       New York, New York

NEWMAN MYERS KREINES GROSS HARRIS, P.C.

Attorneys for Plaintiffs, D.A.L. Realty Management Corp., Company, Bay Towers Company, Bay Towers Limited Partnership, Pickwal Bay Towers West, Inc., US Housing Management Inc., and The Lightstone Group, Inc.

_____
Timothy B. Parlin
40 Wall St. – 26th Floor
New York, New York  10005
(212) 619-4350
tparlin@nmkgh.com